**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

RUBEN DARIO PISCO MADRID         CIVIL ACTION NO. 3:26CV43

VERSUS         DISTRICT JUDGE SUMMERHAYS

BRIAN ACUNA, ET AL         MAGISTRATE JUDGE AYO

---

**O R D E R**

Considering the motion filed on behalf of Federal Respondents for an extension of time to file respond to Petitioner's Petition for Writ of Habeas Corpus,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the deadline for Federal Respondents to file respond to Petitioner's Petition for Writ of Habeas Corpus is extended to Thursday, February 19, 2026.

**THUS DONE AND SIGNED** this _19th_ day of _February_, 2026, in _Lafayette_, Louisiana.

David J. Ayo
United States Magistrate Judge